IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRIS ALVARADO AND EULISES FLORES,

    Plaintiffs,

  v.

CO-OPERATIVE ADJUSTMENT BUREAU, INC., and DOES 1–10, inclusive,

    Defendants.

    /

No. C 12-02691 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

    The Court **DENIES** plainitffs' request to appear at the case management by telephone because the courtroom equipment is not feasible to hold hearings thereon.

    **IT IS SO ORDERED.**

Dated: September 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE