Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Iris Alvarado and Eulises Flores

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iris Alvarado and Eulises Flores,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Co-operative Adjustment Bureau, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:12-cv-02691-WHA<br><br>**STIPULATION OF DISMISSAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants Co-operative Adjustment Bureau, Inc. without prejudice, and with each party to bear its own attorney fees and costs.


Plaintiff

__/s/ Tammy Hussin_____

TAMMY HUSSIN
Attorney for Plaintiffs

Defendant

__/s/ Ralph L. Pollard, Esq._____

RALPH L. POLLARD
Attorney for Defendant